TAYLOR, COLICCHIO & SILVERMAN, LLP
Stephen J. Taylor, Esquire
502 Carnegie Center, Suite 103
Princeton, New Jersey 08540
(609) 987-0022
Attorneys for Plaintiffs Corporacion Habanos, S.A.
and Empresa Cubana Del Tabaco d.b.a. Cubatabaco

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORPORACION HABANOS, S.A. and EMPRESA CUBANA DEL TABACO d.b.a. CUBATABACO, <br><br> Plaintiffs, <br><br> v. <br><br> SUPERIOR CIGARS USA, INC., and EDGAR GONZALEZ, d.b.a BERNICE'S PREMIUM CIGARS, <br><br> Defendants | Civil No. 3: 07-cv-01001-JAP <br><br> NOTICE OF MOTION FOR ADDMISSION OF DAVID B. GOLDSTEIN, ESQUIRE, *PRO HAC VICE* |

**PLEASE TAKE NOTICE** that on a date to be set by the Court, the Plaintiffs, Corporacion Habanos, S.A. and Empresa Cubana Del Tabaco d.b.a. Cubatabaco, by and through their attorneys, Taylor, Colicchio & Silverman, LLP, will move before the Court for an Order admitting David B. Goldstein, Esquire, to this Court *pro hac vice*, pursuant to L. Civ. R. 101.1(c) .

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Plaintiffs Corporacion Habanos, S.A. and Empresa Cubana Del Tabaco d.b.a. Cubatabaco will rely upon the attached Affidavits of Stephen J. Taylor, Esquire and David B. Goldstein, Esquire.

A proposed form of Order is submitted with this motion and oral argument is waived unless otherwise ordered by the Court.

TAYLOR, COLICCHIO & SILVERMAN, LLP

_____
Stephen J. Taylor, Esq.

Dated:  March 6, 2007

H:\Steve\Civil\Habanos, S.A\pro hac.motion.doc