**TAYLOR, COLICCHIO & SILVERMAN, LLP**
Stephen J. Taylor, Esquire
502 Carnegie Center, Suite 103
Princeton, New Jersey 08540
(609) 987-0022
Attorneys for Plaintiffs Corporacion Habanos, S.A.
and Empresa Cubana Del Tabaco d.b.a. Cubatabaco

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORPORACION HABANOS, S.A. and EMPRESA CUBANA DEL TABACO d.b.a. CUBATABACO,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR CIGARS USA, INC., and EDGAR GONZALEZ, d.b.a BERNICE'S PREMIUM CIGARS,<br><br>Defendants. | CIVIL No. 3: 07-cv-01001-JAP<br><br>AFFIDAVIT OF STEPHEN J. TAYLOR, ESQUIRE IN SUPPORT OF *PRO HAC VICE* ADMISSION OF DAVID B. GOLDSTEIN, ESQUIRE |

I, STEPHEN J. TAYLOR, an attorney duly admitted to the practice of law in the State of New Jersey, declare as follows:

1. I am an attorney at law, in good standing, licensed to practice in the State of New Jersey and I am a member in good standing of the bar of the United States District Court for the District of New Jersey. I have been retained by the Plaintiffs, Corporacion Habanos, S.A. and Empresa Cubana Del Tabaco d.b.a. Cubatabaco to serve as its local counsel in this action.

2. This Affidavit is submitted in support of the application of the plaintiffs Corporacion Habanos, S.A. and Empresa Cubana Del Tabaco d.b.a. Cubatabaco for the admission *pro hac vice* of David B. Goldstein, Esquire.

3. The attached Affidavit of David B. Goldstein, Esquire establishes that he is a member in good standing of the Bars of the State of New York, the United States Supreme Court, the Second, Fourth, Fifth, Eighth, Ninth, Eleventh, and Federal Circuit Courts of Appeal, and the Federal Southern, Eastern and Northern Districts of New York, and District of the District of Columbia. Mr. Goldstein's Affidavit also establishes that he has not been denied admission nor been subject to discipline by any court or bar associations, has never been under suspension or disbarment by any Court and that no disciplinary proceedings are pending against Mr. Goldstein in any jurisdiction.

4. Mr. Goldstein's business address is Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C., 111 Broadway, 11th Floor, New York, NY 10006-1901.

5. David B. Goldstein, Esquire has represented the Plaintiffs in a number of different complex cases and possesses a unique understanding and knowledge of the issues in this case.

6. Mr. Goldstein's unique position and training will aid in the handling of this complex litigation.

7. Plaintiffs Corporacion Habanos, S.A. and Empresa Cubana Del Tabaco d.b.a. Cubatabaco desire that Mr. Goldstein represent them in them in this matter.

8. Mr. Goldstein recognizes that all pleadings, briefs and other papers filed with the

Court must be signed by the undersigned as an authorized attorney to practice before this Court.

I declare under penalty of perjury of the laws of the United States that the following is true and correct to the best of my knowledge, information and belief.

                                                  Stephen J. Taylor, Esq.

Dated this 6th day of March, 2007
Princeton, N.J

H:\Steve\Civil\Habanos, S.A\pro hac.affidavit of sjt.doc