UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORPORACION HABANOS, S.A. and EMPRESA CUBANA DEL TABACO d.b.a. CUBATABACO,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR CIGARS USA, INC., and EDGAR GONZALEZ, d.b.a BERNICE'S PREMIUM CIGARS,<br><br>Defendants. | 3:07-cv-01001-JAP-TJP |

## DECLARATION OF DAVID B. GOLDSTEIN FOR ADMISSION *PRO HAC VICE*

I, DAVID B. GOLDSTEIN, an attorney duly admitted to the practice of law in the State of New York, declare as follows:

1. I submit this declaration pursuant to Local Rule 101.1 of the District of New Jersey, and seek admission *pro hac vice* to represent Plaintiffs Corporacion Habanos, S.A. ("Habanos, S.A.") and Empresa Cubana del Tabaco, d.b.a. Cubatabaco ("Cubatabaco") in the above-captioned action.

2. I have been a member of the law firm of Rabinowitz, Boudin, Standard, Krinsky & Lieberman, P.C. ("Rabinowitz, Boudin") since July 1, 1999. I am a member in good standing of the Bars of the State of New York, the United States Supreme Court, the United States Courts of Appeals for the Second, Fourth, Fifth, Eighth, Ninth, Eleventh, and Federal Circuits, and the United States District Courts for the Southern, Eastern and Northern Districts of New York, and the District of the District of Columbia. I have never been the subject of a disciplinary proceeding in any jurisdiction.

3. I graduated *magna cum laude* from Harvard Law School in 1985. Upon my graduation, I served as a law clerk to the Honorable James L. Oakes of the United States Court of Appeals for the Second Circuit. Following that clerkship, I was hired as the Karpatkin Fellow at the American Civil Liberties Union in New York City for one year. After my Fellowship, I became an associate with Rabinowitz, Boudin in New York City in 1987. In 1992, I became an associate at the New York office of the law firm of Weil, Gotshal & Manges, LLP. From 1996-99, I was an Assistant Professor of Law at South Texas College of Law in Houston, Texas, where I taught Federal Civil Procedure, Constitutional Law, and Professional Responsibility. In the 2000-01 academic year, I was an Adjunct Professor of Law at Fordham Law School, teaching first year Federal Civil Procedure.

4. I re-joined Rabinowitz, Boudin as a member on July 1, 1999, and presently am one of three members of the firm. Rabinowitz, Boudin and I are involved in litigation primarily in the areas of intellectual property, international law, constitutional law, and civil liberties.

5. Rabinowitz, Boudin and I have represented the trademark and related intellectual property interests of Plaintiffs and certain other Cuban entities in the United States for many years, in both the federal courts and the United States Patent and Trademark Office, including before the Trademark Trial and Appeal Board ("TTAB"). At present, I and my firm are representing one of the plaintiffs herein, Corporacion Habanos, S.A., in a proceeding against one of the above-named defendants, Superior Cigars USA, Inc., before the TTAB, in which Corporacion Habanos is opposing registration of a mark at issue in the above-captioned action, entitled *Corporacion Habanos, S.A. v. Superior Cigars USA, Inc.*, No. 91170189 (T.T.A.B.). As a result of this specific matter and my general representation of Plaintiffs, I am familiar with the issues involved in this action.

6.  I agree to be subject to the orders and amenable to the disciplinary jurisdiction of this Court.

7.  I have never previously applied to be admitted *pro hac vice* to represent any party in the state or federal courts of New Jersey. I note that I am a resident of the State of New Jersey, but I have never applied, or been admitted, to practice law in the courts of New Jersey or United States courts located in New Jersey.

8.  For the purposes of this representation, Stephen J. Taylor, Taylor, Colicchio & Silverman, LLP, 502 Carnegie Center, Suite 103, Princeton, New Jersey 08540, is personally appearing with and associated as counsel with Rabinowitz, Boudin, and service of all pleadings and notice in this action or of any disciplinary proceedings may be made upon him and his law firm.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated this 5th day of March, 2007
New York, New York

_____
DAVID B. GOLDSTEIN
RABINOWITZ, BOUDIN, STANDARD,
KRINSKY & LIEBERMAN, P.C.
111 Broadway, 11th Floor
New York, New York 10006-1901
(212) 254-1111