**TAYLOR, COLICCHIO & SILVERMAN, LLP**
Stephen J. Taylor, Esquire
502 Carnegie Center, Suite 103
Princeton, New Jersey 08540
(609) 987-0022
Attorneys for Plaintiffs Corporacion Habanos, S.A.
and Empresa Cubana Del Tabaco d.b.a. Cubatabaco

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CORPORACION HABANOS, S.A. and EMPRESA CUBANA DEL TABACO d.b.a. CUBATABACO,<br><br>        Plaintiffs,<br><br>    v.<br><br>SUPERIOR CIGARS USA, INC., and EDGAR GONZALEZ, d.b.a BERNICE'S PREMIUM CIGARS,<br><br>        Defendants, | CIVIL No. 3: 07-cv-01001-JAP<br><br>ORDER FOR ADMISSION OF DAVID B. GOLDSTEIN, ESQUIRE, *PRO HAC VICE* |

**THIS MATTER** having been brought to the Court by Stephen J. Taylor, Esquire, of Taylor, Colicchio & Silverman, LLP, attorneys for Plaintiffs Corporacion Habanos, S.A. and Empresa Cubana Del Tabaco d.b.a. Cubatabaco, on application for an Order allowing David B. Goldstein, Esquire to appear and participate *pro hac vice*, and the Court having considered the moving papers and affidavits of counsel, this matter being considered pursuant to Fed. R. Civ. P. 78, and for good cause shown:

    **IT IS** on this _____ day of _____, 2007;

**ORDERED** that David B. Goldstein, Esquire, a member of the Bars of the State of New York, the United States Supreme Court, the Second, Fourth, Fifth, Eighth, Ninth, Eleventh, and Federal Circuit Courts of Appeal, and the Federal Southern, Eastern and Northern Districts of New York, and District of the District of Columbia, be permitted to appear *pro hac vice* in the above-captioned matter pursuant to L.Civ.R. 101.1(c), United States District Court for the District of New Jersey; and it is further

**ORDERED** that, all pleadings, briefs, and other papers filed with the Court shall be signed by Stephen J. Taylor, Esquire, attorney of record for the Plaintiffs Corporacion Habanos, S.A. and Empresa Cubana Del Tabaco d.b.a. Cubatabaco, who shall be held responsible for said papers and for the conduct of the case and who will be held responsible for the conduct of the attorney admitted hereby; and it is further

**ORDERED** that David B. Goldstein, Esquire shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2 within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that David B. Goldstein, Esquire shall pay the fee of $150 to the Clerk, U.S.D.C. pursuant to L.Civ.R. within twenty (20) days from the date of the entry of this Order; and it is further

**ORDERED** that David B. Goldstein, Esquire shall be bound by the Local Civil Rules and Admiralty Rules of the United States District Court for the District of New Jersey, including, but not limited to the provisions of L.Civ.R. 103.1, Judicial Ethics and Professional Responsibility, and L.Civ.R. 104.1, Discipline of Attorneys.

_____
Hon. Tonianne J. Bongiovanni
United States Magistrate Judge

H:\Steve\Civil\Habanos, S.A\pro hac.order.doc