AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____New Jersey_____

Corporacion Habanos, S.A. and Empresa
Cubana Del Tabaco d.b.a. Cubatabaco

**SUMMONS IN A CIVIL ACTION**

V.

Superior Cigars, U.S.A., Inc. and Edgar Gonzalez
d.b.a. Bernice's Premium Cigars

CASE NUMBER:  3:07-cv-1001

TO: (Name and address of Defendant)

Edgar Gonzalez
609 Madison Avenue
Manchester, New Jersey 08757

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Stephen J. Taylor, Esq.
Taylor, Colicchio & Silverman, LLP
502 Carnegie Center, Suite 103
Princeton, New Jersey 08540

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**WILLIAM T. WALSH**                               3/23/07

CLERK                                               DATE

_Sharon Syphett_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/29/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Kirk J. Schwindsl | Private Detective |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: At his Residence – 609 Madison Ave., Manchester, New Jersey 08757

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  3/29/07
Date

Signature of Server

PO Box 325 Maplewood N.J. 07040
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.